PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.

ERIN ATKINSON

Crim. No. 5:10CR50056-001

On  December 10, 2010  the above named was placed on probation/supervised release for a period of  3  years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*[signature]*
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  30th  day of  May , 20 13 .

*[signature]*
United States District Judge